THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:17CR30 |
| | § | |
| JOSE CHAVEZ-CEJA (1) | § | |

## REPORT AND RECOMMENDATION ON
## DEFENDANT'S COMPETENCY TO STAND TRIAL

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States Magistrate Judge.

On November 27, 2018, Defendant's counsel filed a Motion for Psychological and/or Psychiatric Examination [Dkt. 43] seeking a psychiatric examination pursuant to 18 U.S.C. §§ 4241 at an appropriate Bureau of Prisons facility, and that a psychiatric report of findings be filed with the Court consistent with 18 U.S.C. §§ 4247(b). The Court granted the motion on December 3, 2018 [Dkt. 45]. The Court was later notified that Defendant did not arrive for examination until December 28, 2018; the Bureau of Prisons requested an extension of time to complete its evaluation. Accordingly, the Court extended the evaluation period to January 28, 2019 [Dkt. 48]. The Defendant was subsequently evaluated by Dr. Lisa Bellah, whose report is dated February 28, 2019 [Dkt. 49]. The Court received the report from the Bureau of Prisons on or about March 11, 2019, and copies were thereafter furnished to the Assistant United States Attorney and defense counsel.

A competency hearing was scheduled on March 19, 2019. The competency hearing was conducted on March 26, 2019, before U.S. Magistrate Judge Christine A. Nowak, where the report was admitted. At the hearing, Defendant appeared in court with his counsel, Heather Fisher. Defendant was given the opportunity to present evidence and call witnesses. Defendant did not offer

any witnesses or evidence. Moreover, Defendant did not present any objections to the report, including Dr. Bellah's opinion on competency. The Government also did not object to the report findings.

Dr. Bellah's report concludes that "The defendant did not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense." The undersigned considered the report and concludes that Defendant is not mentally incompetent and is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Defendant has a rational and factual understanding of the proceedings against him and has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding. 18 U.S.C. §4241(d); see also Dusky v. United States, 362 U.S. 402 (1960).

## RECOMMENDATION

For the foregoing reasons, the Court recommends that Defendant be found competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241. It is further recommended that the speedy trial time be excluded from November 27, 2018 (the date the Defendant filed the Motion for Psychological and/or Psychiatric Examination), until the date on which the District Judge signs the order adopting this report and recommendation.

Both Parties waived the fourteen (14) day objection period.

**SIGNED this 28th day of March, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE